UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Skyler R. Brown, | No. 2:20-cv-01913-KJM-JDP |
| Plaintiff, | ORDER |
| v. | |
| John Deandra, et. al, | |
| Defendants. | |

On June 16, 2022, plaintiff Skyler Brown filed a request for settlement status in which he claims the California Department of Corrections and Rehabilitation "has yet to issue [] the $1,450 that the judge [] ordered them to pay" as part of the settlement proceedings.  Req. at 1, ECF No. 30.  Since plaintiff filed this request there has been no further activity in this case.  The court orders plaintiff to file a response to this order within 14 days informing the court whether plaintiff considers the request pending or whether the request is now moot.

IT IS SO ORDERED.

DATED: August 22, 2023.

CHIEF UNITED STATES DISTRICT JUDGE

1