UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Skyler R. Brown, | No. 2:20-cv-01913-KJM-JDP |
| Plaintiff, | ORDER |
| v. | |
| John Deandra, et. al, | |
| Defendants. | |

On August 23, 2023, this court ordered plaintiff to file a response within fourteen days informing the court whether plaintiff's request for a settlement conference, ECF No. 30, is currently pending or moot. As of the date of this order, plaintiff has not filed any response. Based on plaintiff's unresponsiveness, the court now orders plaintiff to show cause within fourteen days why this action should not be dismissed for lack of prosecution under Federal Rule of Civil Procedure 41(b). *See Hernandez v. City of El Monte*, 138 F.3d 393, 399 (9th Cir. 1998) (citing *Henderson v. Duncan*, 779 F.2d 1421 (9th Cir. 1986)).

IT IS SO ORDERED.

DATED: October 3, 2023.

CHIEF UNITED STATES DISTRICT JUDGE

1