UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Skyler R. Brown,<br><br>                    Plaintiff,<br><br>     v.<br><br>John Deandra, et al.,<br><br>                    Defendants. | No. 2:20-cv-01913-KJM-JDP<br><br>ORDER |

In October 2023, the court ordered plaintiff to show cause why this action should not be dismissed for lack of prosecution under Federal Rule of Civil Procedure 41(b).  ECF No. 32. Plaintiff has not responded.  In light of the public interest in expeditious resolution of litigation, the court's need to manage its docket, the lack of any apparent prejudice to the defense, and the lack of any other effective sanction, this action is dismissed without prejudice for lack of prosecution.  *See Hernandez v. City of El Monte*, 138 F.3d 393, 399 (9th Cir. 1998) (citing *Henderson v. Duncan*, 779 F.2d 1421 (9th Cir. 1986)).

IT IS SO ORDERED.

DATED:  August 12, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1